1
2
3
4
5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    RUBY NELL FREEMAN,                        No. C11-3007 EMC

9              Plaintiff,                      **and the following  related cases:**
                                               C11-3542 EMC Ansari v. ABC
10         v.                                  C11-3805 EMC Rosales v. Pembleton
                                               C11-3824 EMC Jones v ABC
11   ABC LEGAL SERVICES, INC., et al.,         C11-5152 EMC Barreto v. ABC

12            Defendants.
     _____/  **CLERK'S NOTICE**

13

14            TO ALL PARTIES AND COUNSEL OF RECORD:

15            YOU ARE NOTIFIED THAT the hearing on **PLAINTIFFS' MOTION TO STRIKE**

16   **(Docket #16 in C11-3542EMC, and Docket #18 in C-11-3824EMC) are reset** for **December 16,**

17   **2011 at 1:30 p.m. before District Judge Edward M. Chen,** Courtroom 5, 17th Floor, Federal

18   Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  No further briefing is allowed.

19   Dated:   November 8, 2011                  FOR THE COURT,
                                                Richard W. Wieking, Clerk
20

21

22                                             by: _____
                                                    Betty Lee
23                                                  Courtroom Deputy

24

25

26

27

28

**United States District Court**
For the Northern District of California