1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   RUBY NELL FREEMAN,                          No. C11-3007 EMC

9          Plaintiff,                           **and the following  related cases:**
                                                C11-3542 EMC Ansari v. ABC
10         v.                                    C11-3805 EMC Rosales v. Pembleton
                                                C11-3824 EMC Jones v ABC
11  ABC LEGAL SERVICES, INC., et al.,           C11-5152 EMC Barreto v. ABC

12         Defendants.
    _____/       **CLERK'S NOTICE**
13

14         TO ALL PARTIES AND COUNSEL OF RECORD:

15         YOU ARE NOTIFIED THAT a CASE MANAGEMENT CONFERENCE is set for this case

16  and all related cases as listed above for 1/27/12 at 10:30 a.m.  before District Judge Edward M. Chen**,**

17  Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  A

18  joint CMC statement shall be filed by 1/20/12.

19

20   Dated:   November 8, 2011               FOR THE COURT,
                                             Richard W. Wieking, Clerk
21

22                                           _Betty Lee_

23                                           by: _____
                                                  Betty Lee
24                                                Courtroom Deputy

25

26

27

28

United States District Court
For the Northern District of California