Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
VERONICA ELENA ROSALES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VERONICA ELENA ROSALES,<br><br>                Plaintiff,<br>  v.<br><br>ABC LEGAL SERVICES, INC., a Washington corporation; MICHELLE J. PEMBLETON, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 3:11-CV-03805-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, VERONICA ELENA ROSALES, and Defendant, ABC LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

      1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, VERONICA ELENA ROSALES, against Defendants, ABC LEGAL SERVICES, INC., and MICHELLE J. PEMBLETON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1 | Dated: December 20, 2012 | /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
VERONICA ELENA ROSALES

Dated: December 20, 2012 | /s/ William S. Weisberg
William S. Weisberg, Esq.
Attorney for Defendant
ABC LEGAL SERVICES, INC.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 1/10/13

The Honorable
Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:11-CV-03805-EMC